

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2018

No. 04-18-00397-CV

**MPII, INC.** D/B/A Mission Park Funeral Chapels and Cemeteries,
Appellants

v.

Timothy **MOTT** and Sharlotte Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The trial court clerk's notification of late record is NOTED. The clerk's record was filed on August 31, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court